IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 97-020L |
| vs. | ) | |
| | ) | |
| ANTONIO CERDA-SOSA | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

I hereby enter my appearance as co-counsel for the United States of America in the above matter.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE

/s/ MILIND M. SHAH
MILIND M. SHAH
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email milind.shah@usdoj.gov

CERTIFICATION OF SERVICE

On this 15th day of January, 2008, I caused the within Notice of Appearance to be filed electronically and it is available for viewing and downloading from the ECF system.

Notification by first class mail, postage prepaid:

Antonio Cerda-Sosa pro se
Reg. #04405-070
Moshannon Valley Correctional Center
555 I-Cornell Drive
Philadelphia, PA 16866

/s/ MILIND M. SHAH
MILIND M. SHAH
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email milind.shah@usdoj.gov