IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONIO CERDA SOSA | C.R. 97-00020L |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR DOWNWARD DEPARTURE PURSUANT TO 18 USC § 3582(c)(2)**

Defendant Antonio Cerda Sosa filed a Motion for Downward Departure Pursuant to 18 U.S.C. § 3582(c)(2), which was docketed on January 8, 2008. Under Local Rule 47, the Government respectfully requests an extension of the time to respond from the present deadline of January 18, 2008 to February 15, 2008.

The Government requests this additional time in order to incorporate guidance from the United States Department of Justice and the United States Attorney's Office for the District of Rhode Island into its response. Incorporation of such guidance is necessary to ensure that the Government presents a consistent response to other similar motions, a number of which have already been filed and a number of which are expected in the coming months.

Granting the Government's motion would not prejudice the defendant. First, Defendant's motion is premature. The Sentencing Commission's December 11, 2007 decision to make the reduced crack cocaine guidelines retroactive does not go into effect on March 3, 2008. Second, granting the Government's motion will not affect the Defendant's release date. Even assuming that Defendant is entitled to a reduction, his new release date would not be prior to the

start of March 2008. Third, a response deadline of February 15, 2008 provides Defendant with time sufficient to provide the Court additional briefing, should such briefing be necessary.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Milind M. Shah
Milind M. Shah
Assistant U.S. Attorney,
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, R.I. 02903
Office (401) 709-5000, Fax (401) 709-5001
milind.shah@usdoj.gov

CERTIFICATE OF SERVICE

On this 17, day of January 2008, I caused the within Motion for Extension of Time to Respond to be filed electronically, and it is available for viewing and downloading from the ECF system. On this date, I also sent a copy of this Motion, via first class mail, to the following: Antonio Cerda Sosa, Reg. No. 04405-070, 555 I-Cornell Drive, Philipsburg, PA 16866.

/s/ Milind M. Shah
Milind M. Shah
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, R.I. 02903
Office (401) 709-5000
Facsimile (401) 709-5001
milind.shah@usdoj.gov