UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 97-020 L

ANTONIO CERDA-SOSA :

MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

NOW comes the defendant, Antonio Cerda-Sosa, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant hereby incorporates by reference the attached memorandum of law in support of motion for sentence reduction.

Antonio Cerda-Sosa,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Luis Matos, FAUSA and on Kristin Mattias, USPO on the 29th day of April, 2008.

/s/ Edward C. Roy, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 97-020 L

ANTONIO CERDA-SOSA :

MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

The defendant, Antonio Cerda-Sosa, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 358( c )(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant states that:

1. On December 3, 1997, he was sentenced to a term of 168 months imprisonment after having entered a guilty plea to one count of conspiracy to possess with intent to distribute heroin and cocaine base, one count of possession with intent to distribute cocaine base and one count of possession with intent to distribute heroin. The sentence represented the low end of a guideline range of 168 to 210 months.

2. Based upon amendments to U.S.S.G. §§ 1B1.10 and 2D1.1, effective March 3, 2008 and May 1, 2008, the defendant is eligible to have his guideline

range reduced to a range of 135 to 168 months of imprisonment.

Wherefore, the defendant prays that this Honorable Court reduce his sentence to 135 months imprisonment, or time served, whichever is shorter.

Antonio Cerda-Sosa,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Luis Matos, FAUSA and on Kristin Mattias, USPO on the 29th day of April, 2008.

/s/ Edward C. Roy, Esquire